12/1/2016 4:00 PM DB

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | {} | **IN THE SIXTH DISTRICT COURT** |
| **VS.     CAUSE NO. 26908** | {} | **OF** |
| **ELIJAH DECOLE WOODS** | {} | **LAMAR COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2016 2:18:43 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

O THE HONORABLE JUDGE OF SAID COURT:

Now comes Elijah Decole Woods, Defendant in the above styled and numbered cause and gives this written

notice of appeal of the Judgment of Conviction and Sentence herein rendered in this case.

Signed on this the 1st day of December, 2016.

Attorney for the Defendant
State Bar No. _____

Defendant